UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ERNEST JEAN-LOUIS**, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**MICHAEL CLIFFORD**, *et al.*,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 06-3972 (DMC)<br><br><br>**ORDER** |

　　**THIS MATTER** comes before the Court *sua sponte* upon a review of its docket. It has come to the Court's attention that this action was marked "CLOSED" effective September 9, 2009. The case was apparently closed as consequence of the Court dismissing certain claims in an Opinion and Order filed that day. This action continues to be litigated, and the Clerk's Office is hereby requested to reinstate this action to the active docket *nunc pro tunc*.

　　This Order is for administrative purposes only. No issues previously resolved by this Court are in any way impacted by the entry of this Order.

　　　　　　　　　　　　　　　　　　　s/Mark Falk
　　　　　　　　　　　　　　　　　　　**MARK FALK**
　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

**Dated: February 14, 2011**